No. —. McCoy v. Hunter, Warden;

No. —. Welch v. Brady, Warden; and

No. —. Blake v. Brady, Warden. May 28, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Sweet v. Swygert, Judge. May 28, 1945. Application denied.

No. 506. Mosher v. Hunter, Warden. May 28, 1945. Leave is granted petitioner to file a second petition for rehearing by September 1, next. The motion for other relief is denied.

No. 1219. S. Buchsbaum & Co. et al. v. Gordon, Director of Labor. June 4, 1945. Per Curiam: The appeal is dismissed for want of a substantial federal question. Carmichael v. Southern Coal Co., 301 U. S. 495, 509–12, 520–21, 525, and cases cited. Messrs. Walter H. Moses and Walter Bachrach for appellants. George F. Barrett, Attorney General of Illinois, for appellee.